UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  5:22-cv-02116-VBF-MAR | Date:  June 27, 2023 |
| Title:  *Kewetha L. Darrington, Jr. v. Thorten* | |

Present: The Honorable:  MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| VALERIE VELASCO | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) ORDER TO SHOW CAUSE RE: FIRST AMENDED PETITION**

Petitioner filed a Petition for Writ of Habeas Corpus by a Person in State Custody.  ECF Docket No. ("Dkt.") 1.  On Jabuary 25, 2023, Respondent filed a Motion to Dismiss.  Dkt. 9.  On February 24, 2023, this Court stayed consideration of the Motion pending Petitioner's filing of an amended complaint, due by April 10, 2023.  Dkt. 14.

Petitioner has not corresponded with the Court at all for over two (2) months.

Accordingly, Petitioner is ordered to show cause within **thirty (30) days** of the date of this Order why the Court should not recommend that this action be dismissed for failure to prosecute and failure to comply with Court Orders.  See Fed. R. Civ. P. 41(b).  To avoid dismissal, Plaintiff shall file a first amended petition or provide an explanation for why they have failed to do so.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | vv |