UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   5:22-cv-02116-VBF-MAR                                                    Date:  August 21, 2023

Title:   *Kewetha L. Darrington, Jr. v. Thorten*

Present: The Honorable:   MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| VALERIE VELASCO | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) SECOND ORDER TO SHOW CAUSE RE: FIRST AMENDED PETITION**

    Petitioner filed a Petition for Writ of Habeas Corpus by a Person in State Custody.  ECF Docket No. ("Dkt.") 1.  On Jabuary 25, 2023, Respondent filed a Motion to Dismiss.  Dkt. 9.  On February 24, 2023, this Court stayed consideration of the Motion pending Petitioner's filing of an amended petition, due by April 10, 2023.  Dkt. 14.  Petitioner failed to timely file an amended petition.

    On June 27, 2023, the Court issued an Order to Show Cause giving Plaintiff until July 27, 2023, to show why this action should not be dismissed for failure to prosecute.  Dkt. 15.  To date, Petitioner has failed to comply with the Court's Minute Order or otherwise correspond with the Court.  Petitioner has not corresponded with the Court at all for over six (6) months.

    Accordingly, Petitioner shall file a response within fourteen (14) days of this Order, **by August 31, 2023**, or this action **will** be dismissed for failure to prosecute.  To avoid dismissal, Plaintiff shall file a first amended petition or provide an explanation for why they have failed to do so.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | vv |