UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEWETHA L. DARRINGTON, JR.,<br><br>　　　　　　　Petitioner,<br><br>　　　v.<br><br>THORTEN,<br><br>　　　　　　　Respondent. | Case No. 5:22-cv-02116-VBF (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that:

(1) the Motion to Dismiss is **GRANTED** with respect to Claims Two, Three, and Four.[1]

---

[1] As Respondent noted in their response, it appears that a clerical error resulted in one of the headings in the Report and Recommendation referencing Claims One, Two, and Three as the unexhausted claims rather than Claims Two, Three, and Four, as reflected in the other headings and actual recommendation. See ECF Docket No. ("Dkt.") 31; Dkt. 30 at 5, 7, 9, 10. The Court reiterates that Claims Two, Three, and Four are the unexhausted claims to be dismissed.

1  (2) Petitioner is granted thirty days from the date of this Order to file a notice of voluntary dismissal dismissing his unexhausted claims in Claims Two, Three, and Four. **A form notice of dismissal is attached to this Order for Petitioner's convenience.**

5  (3) If Petitioner voluntarily dismisses Claims Two, Three, and Four by the Court's deadline, this action will proceed on the Petition's exhausted claim, Claim One. If Petitioner does not voluntarily dismiss his unexhausted claims, the Petition will be denied as mixed and this action will be summarily dismissed without prejudice without further notice from the Court.

/s/ Valerie Baker Fairbank

Dated: August 15, 2024

HONORABLE VALERIE BAKER FAIRBANK
United States District Judge

2