UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEWETHA L. DARRINGTON, JR.,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>THORTEN,<br><br>　　　　　Respondent. | Case No. 5:22-cv-02116-VBF (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the original Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Respondent has objected, and reviewed the Final Report and Recommendation which corrects the typographical error in the original. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered **DISMISSING** the Petition, without prejudice

/s/ Valerie Baker Fairbank

Dated: March 25, 2025

Hon. VALERIE BAKER FAIRBANK
Senior United States District Judge