UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEWETHA L. DARRINGTON, JR.,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>THORTEN,<br><br>　　　　　　Respondent. | Case No. 5:22-cv-02116-VBF (MAR)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

Dated:  March 25, 2025　　　　　　　　/s/ Valerie Baker Fairbank

　　　　　　　　　　　　　　　　　HON. VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　　Senior United States District Judge